UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELECIO M. CARDONA, | ) |
| | ) |
| Petitioner, | ) Case No.  CV 14-7422-SJO(AJW) |
| | ) |
| v. | ) |
| | ) |
| WARDEN, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

September 27, 2014.

Dated: _____

_____
S. James Otero
United States District Judge